IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE C. KAUFMANN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| METROPOLITAN LIFE INSURANCE | : | |
| COMPANY | : | NO. 08-2587 |
| | : | |

### ORDER

**AND NOW**, this 24th day of September, 2009, upon consideration of the cross-motions for summary judgment (Document Nos. 16 and 17) and after a thorough examination of the administrative record, it is **ORDERED** as follows:

1. The defendant's motion for summary judgment is **DENIED**;

2. The plaintiff's motion for summary judgment is **GRANTED**;

3. No later than **October 8, 2009**, the parties shall submit a proposed order awarding the plaintiff relief consistent with the memorandum opinion accompanying this Order.  If the parties cannot agree on a proposed order, they shall file separate proposed orders accompanied by explanations not to exceed three pages.

4. Judgment will be entered in favor of plaintiff Anne C. Kaufmann and against defendant Metropolitan Life Insurance Company after the parties have complied with the preceding paragraph.

    /Timothy J. Savage
TIMOTHY J. SAVAGE,  J.